■ WOOD CREEK CONDOMINIUM ASSOCIATION et al., Individually and as Agents for Condominium Unit Owners, by WENDEL L. KNOLL, as President, Respondents-Appellants, v WOOD CREEK DEVELOPMENT COMPANY, Now Known as WOOD CREEK APARTMENT COMPANY, et al., Appellants-Respondents. (Appeal No. 1.) (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Amended Complaint.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.